**EXHIBIT 2**

**EXHIBIT 2**

| DATE | NATURE OF WORK PERFORMED BY WEILER LAW PLLC | ATTY | TIME |
|---|---|---|---|
| 10/22/2024 | Review/exchange emails w/ Collection Attorney Corrine Viola RE Process server trying to serve her for Notice of a complaint and petition to vacate arbitration award | JW | 0.6 |
| 10/22/2024 | Review Notice of a complaint and petition to vacate arbitration award from J.Toppel's Assistant J.Ramos | JW | 0.4 |
| 10/22/2024 | Research caselaw RE Arbitration Appeals and Motions to Vacate | JW | 2.8 |
| 10/23/2024 | Continue to research caselaw, statutes including Section 10(a)(4), *Nikola Corp. v. Milton*, *Kyocera Corp.*, *Bosack*, and more | JW | 2 |
| 10/24/2024 | Draft and finish Application to confirm arbitration award and enter judgment, exhibits, and Order | JW | 3.2 |
| 10/24 - 30/24 | Exchange emails w/ Gates RE filings | JW | 0.4 |
| 10/28/2024 | Call w/ Gates RE update | JW | 0.8 |
| 10/30/2024 | Draft and finalize Response to Petition to Vacate and/or Modify, and Exhibit | JW | 4.7 |
| 11/6/2024 | Review Dkt 9 – Plaintiff's Disclosure Statement | JW | 0.1 |
| 11/7/2024 | Review Dkt 10 – Plaintiff's Answer to Defendant's Application to Confirm Arb Award | JW | 0.2 |
| 11/8/2024 | Draft Reply ISO of Application | JW | 3.9 |
| 11/14/2024 | Review Dkts 12-13 and update Gates regarding the same. | JW | 0.5 |
| 11/ 25 - 26 /24 | Draft Motion for Attorneys' Fees. | JW | 5.9 |
|  |  |  |  |
|  | TOTAL | JW | 25.5 |
|  |  | **Hourly Rate** | **Total Amount Requested** |
|  |  | **$413.30** | **$10,539.15** |