**EXHIBIT 3**

**EXHIBIT 3**

CONFIDENTIAL

## US DISTRICT COURT FOR THE

## DISTRICT OF ARIZONA

## Civil Division

## Case no.: CV-23-00809-PHX-DLR

In the matter of BRYAN WALLACE, Plaintiff,

vs.

VICTOR'S LANDSCAPING INCORPORATED, Defendant.

## EXPERT REPORT OF PHILIP J. CROSS, PH.D.

## AUGUST 30, 2023

_____

Philip J. Cross

CONFIDENTIAL

I. INTRODUCTION

    A. Overview

1. In the above referenced matter plaintiffs' attorney Jason Barrat is making a declaration requesting that the Court approve his rate of $400 per hour for billings in this matter. This Report uses comparator billing rates to show that Mr. Barrat's request is a reasonable one.

    B. My Qualifications

2. I am principal and founder of Kenyon Consulting LLC, an economic and statistical consulting firm. I hold a PhD in economics from the University of Wisconsin – Madison. I have previously worked for several global consulting firms, including AlixPartners, Berkeley Research Group, and Deloitte Financial Advisory Services. I previously taught in the Economics Department at Georgetown University and have held visiting academic positions in the Economics Departments of Johns Hopkins University and the University of Melbourne.

3. My consulting experience includes opining about the appropriateness (or not) of salaries, wage rates and billing rates, by compiling data on comparator rates from similar occupations, geographic regions, level of qualifications and years of experience.

### C. Background

4. Jason Barrat is an attorney who was admitted to the State Bar of Arizona in January 2012, having maintained good standing ever since. His law firm, Weiler Law PLLC, focuses primarily on plaintiffs' employment litigation and wage and hour claims. He is requesting that the Court award legal fees based on his standard billing rate of $400 per hour.

### D. Materials Relied Upon

5. I rely upon docket information gleaned from the LexisNexis database. I searched the database for Fair Labor Standards Act ("FLSA") cases filed in US District Court in the District of Arizona over the last ten years. I also rely upon the Bureau of Labor Statistics ("BLS") Employment Cost Index. In addition, I have relied upon my knowledge and experience as a Ph.D. economist of twenty-plus years.

## II. COMPARATOR BILLING RATES

6. Using the LexisNexis database I searched for FLSA cases filed in US District Court in the District of Arizona over the last ten years. I found 37 such cases where the Court approved a billing rate for plaintiffs' attorneys. These 37 cases are listed in the Appendix. In 31 of these cases the billing rate requested was approved by the Court. In the other six cases, the Court approved a lower billing rate than the one requested.

7.  In ten of these 37 cases the Court approved a range of billing rates based on the seniority of the attorney. In these cases I consider the highest billing rate approved, as that is consistent with attorneys with Mr. Barrat's level of experience.

8.  I convert these billing rates to 2023 dollars by applying a wage price deflator. Data from the BLS Employment Cost Index for private industry workers in management, professional and related occupations is used to compute this deflator.[1]

9.  The distribution of the 37 billing rates in 2023 dollars is presented in the histogram in Figure 1 below.



Figure 1: Attorney Billing Rates Approved by Court
(FLSA cases - last ten years)

---

[1] For example, for the 3/31/2019 case Torgyik v. GMPH One Inc. (Docket No. CV-16-04431-PHX-DJH), the approved attorney bill rate was $350 per hour. The relevant employment cost index value for the 1st quarter of 2019 was 135.4, as compared with the latest index value for the 2nd quarter of 2023 of 155.9. So deflating the $350 billing rate yields $350 × 155.9 / 135.4 = $402.99 in 2023 dollars.

4

10. The average billing rate in 2023 dollars is $406.26 and the median rate is $389.19. The lowest observed rate in 2023 dollars is $258.93, and the highest observed rate is $667.60. Given these historical billing rates, Mr. Barrat's $400 per hour rate is a reasonable one.

11. The Employment Cost Index data use to compute the wage price deflator shows average wage inflation of 0.66 percent per quarter over the last ten years. Applying this wage inflation rate to future billings, I can forecast out reasonable billing rates for Mr. Barrat into the future. These reasonable billing rates are presented in Table 1 below.

**Table 1: Forecast Reasonable Hourly Billing Rates**

| Quarter | Year | Rate |
|---|---|---|
| Quarter 3 | 2023 | $400.00 |
| Quarter 4 | 2023 | $402.63 |
| Quarter 1 | 2024 | $405.27 |
| Quarter 2 | 2024 | $407.93 |
| Quarter 3 | 2024 | $410.61 |
| Quarter 4 | 2024 | $413.30 |
| Quarter 1 | 2025 | $416.02 |
| Quarter 2 | 2025 | $418.75 |
| Quarter 3 | 2025 | $421.50 |
| Quarter 4 | 2025 | $424.26 |

### III. CONCLUSION

12. Plaintiffs' attorney Jason Barret will request that the Court approve a billing rate of $400 per hour in the above referenced matter, and possibly in subsequent matters. Comparison hourly billing rates approved by the US District Court for the District of Arizona in FLSA cases over the last ten years range from $258.93 to $667.60 in 2023 dollars, with a mean billing rate of $406.26 and a median billing rate of $389.19. Mr. Barrat's requested rate of $400 per hour is thus a reasonable one, well in line with other rates approved by the Court.

APPENDIX

# US District Court in District of Arizona FLSA Cases over the Last Ten Years where the Court Ruled on Attorney Billing Rates

| Date | Name | Docket Number |
|---|---|---|
| 8/28/2013 | Orozco v. Borenstein | No. CV-11-02305-PHX-FJM |
| 12/19/2013 | Riendeau v. Apache Carson Partners LP | No. CV-12-00988-PHX-FJM |
| 6/9/2014 | Collinge v. Intelliquiick Delivery, Inc | 2:12-0824 JWS |
| 2/25/2015 | Alzate v. Creative Man Painting LLC | No. CV-13-02129-PHX-BSB |
| 7/15/2015 | Reyes v. LaFarga | No. CV-11-01998-PHX-SMM |
| 10/27/2016 | Gualotuna v. Estrella Gymnastics LLC | No. CV-16-00597-PHX-DLR |
| 4/5/2017 | O'Neal v. America's Best Tire LLC | No. CV-16-00056-PHX-DGC |
| 11/27/2017 | Bray v. Maxwell & Morgan PC | No. CV-17-00486-PHX-DGC |
| 1/17/2018 | Clarke v. Rollit Motors Inc. | No. CV-16-04058-PHX-ROS |
| 5/29/2018 | Thompson v. Ariz. Movers & Storage Inc. | No. CV-17-03819-PHX-DGC |
| 6/22/2018 | Zuniga v. Fiesta Pediatric Therapy Inc. | No. CV-15-1978-PHX-DKD |
| 11/30/2018 | Simko v. World Class Car Wash LLC | No. CV-17-03870-PHX-DJH |
| 3/28/2019 | Bell v. VF Jeanswear LP | No. CV-14-01916-PHX-JJT |
| 3/31/2019 | Torgyik v. GMPH One Inc. | No. CV-16-04431-PHX-DJH |
| 5/28/2019 | Outland v. Ariz. Movers & Storage | No. CV-18-01370-PHX-RCC |
| 6/24/2019 | Afewerki v. Anaya Law Grp. | No. 18-55100 |
| 8/16/2019 | Gary v. Carbon Cycle Ariz. LLC | No. CV-18-02796-PHX-JAT |
| 10/9/2019 | Castro v. C&C Verde LLC | No. CV-18-04715-PHX-JZB |
| 10/9/2019 | Chapman v. Prescott Station Inc. | No. CV-19-08208-PCT-DJH |
| 10/16/2020 | Barbee v. DNSPWR2 LLC | No. CV-20-08100-PCT-MTM |
| 11/9/2020 | Mayweathers v. Iconic Results LLC | No. CV-20-01216-PHX-DJH |
| 11/12/2020 | Grabda v. Ims Acquisition LLC | No. CV-20-00117-TUC-MSA |
| 3/8/2021 | McGlothlin v. ASI Capital Ventures LLC | No. CV-19-04895-PHX-DJH |
| 1/21/2022 | Coe v. Hirsch | No. CV-21-00478-PHX-SMM (MTM) |
| 5/27/2022 | Cramton v. Grabbagreen Franchising LLC | No. CV-17-04663-PHX-DWL |
| 7/1/2022 | Sec'y of Labor v. Valley Wide Plastering Constr. Inc. | No. CV-18-04756-PHX-GMS |
| 7/11/2022 | Finton v. Cleveland Indians Baseball Co. LLC | No. CV-19-02319-PHX-MTL |
| 7/12/2022 | Verduzco v. Value Dental Centers Mesa W. AZ LLC | No. CV-20-02380-PHX-DJH |
| 7/26/2022 | Hetland v. Hirsch | No. CV-21-00487-PHX-MTL |
| 9/23/2022 | Stamper v. Freebird Logistics Inc. | No. CV-22-00155-PHX-MTL |
| 10/4/2022 | Washington v. Freedom of Expression LLC | No. CV-21-01318-PHX-MTL |
| 10/31/2022 | Guzman v. Veraz Servs. LLC | No. CV-22-00507-PHX-SMB |
| 4/10/2023 | Acosta v. Pinderton Holdings LLC | CV-23-0086-PHX-JFM |
| 5/11/2023 | Valenuela v. Esser | No. CV 22-01180 PHX SMM CDB |
| 5/22/2023 | Million v. Pindernation Holdings LLC | No. CV-23-00072-PHX-MTL |
| 6/27/2023 | Vazquez v. Johnson | No. CV-22-01720-PHX-MTL |
| 7/11/2023 | Jimenez v. Terrific Tree Trimmer, LLC | No. CV-22-01787-PHX-SPL |