EXHIBIT

4

**EXHIBIT 4**

James Weiler; AZ Bar No. 034371
Jason Barrat; AZ Bar No. 029086
**WEILER LAW PLLC**
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
Tel.: & Fax: 480.442.3410
jweiler@weilerlaw.com
jbarrat@weilerlaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Jodi Knudson**, an Arizona resident; **Karen Holtz**, an Arizona resident; **Donna Nodar**, an Arizona resident; and **Tracy Haywood**, an Arizona resident; <br><br> Plaintiffs, <br><br> v. <br><br> **Soul Surgery, LLC**, an Arizona company; **John Mulligan,** an Arizona resident; and **Heather Mulligan,** an Arizona resident; <br><br> Defendants. | Case No. 2:24-CV-02865-DWL <br><br><br> **STATEMENT OF CONSULTATION** <br><br><br> **(Assigned to the Hon. Dominic W. Lanza)** |

Pursuant to LRCiv 54.2(d)(1), counsel for Plaintiff, Jason Barrat, has consulted with Defendants' counsel, Jeff Toppel, on a good faith basis regarding Plaintiff's request for attorney' fees.

On November 25, 2024, Mr. Barrat emailed Mr. Toppel regarding Plaintiff's intent to settle/enter judgment for the outstanding attorneys' fees owed to Plaintiff. Attachment 1 is a copy of the email.

RESPECTFULLY SUBMITTED November 26, 2024.

**WEILER LAW PLLC**

By: /s/ James Weiler
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2024, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System. All counsel of record are registrants and are therefore served via this filing and transmittal.

/s/ Ashley Peschke