ATTACHMENT 1

# ATTACHMENT 1

 Outlook

**FW: Consultation pursuant to LRCiv 54.2(d)(1)**

**From:** Jason Barrat
**Sent:** Monday, November 25, 2024 9:48 AM
**To:** Jeff Toppel <Jeff@bianchibrandt.com>
**Cc:** Joaquin Ramos <Joaquin@bianchibrandt.com>; Clark Wu <clark@bianchibrandt.com>; James Weiler <jweiler@weilerlaw.com>
**Subject:** RE: Consultation pursuant to LRCiv 54.2(d)(1)

Jeff,

I just left a voicemail on your direct line; you can call me back anytime as stated below.

Thanks,

Jason Barrat | Attorney
**Weiler Law PLLC**

5050 North 40th Street, Suite 260
Phoenix, Arizona 85018
Tel & Fax: (480) 442-3410 | JBarrat@weilerlaw.com | www.weilerlaw.com

This email may contain confidential and privileged Attorney-Client communications and/or attorney work product for the sole use of its intended recipient(s). Any review, use, distribution or disclosure by anyone other than the intended recipient may result in legal action for any damages resulting from such review, use or distribution. If you are not the intended recipient (or authorized to receive this email on behalf of the recipient), please contact me by reply email and immediately delete all copies of this message.

**From:** Jason Barrat
**Sent:** Monday, November 25, 2024 9:42 AM
**To:** Jeff Toppel <Jeff@bianchibrandt.com>

**Cc:** Joaquin Ramos <Joaquin@bianchibrandt.com>; Clark Wu <clark@bianchibrandt.com>; James Weiler <jweiler@weilerlaw.com>
**Subject:** Consultation pursuant to LRCiv 54.2(d)(1)

Jeff,

Pursuant to LRCiv 54.2(d)(1), Ms. Gates wishes to settle her attorneys' fees for post arbitration ruling work that has been done related to the federal court case that VIP brought against Ms. Gates. This offer is only fees related to that case and not fees/costs related to any collections to date or part of the judgment. The collections fee/costs will be brought in another motion once collections have concluded in either State or Federal Court.

Gates is willing to settle for $7,500 for these fees. If this is not accepted, then Gates plans to file a motion for attorneys' fees tomorrow after because of the upcoming Thanksgiving holiday for an amount above the $7,500. Gates will leave this offer open until December 3 at 5:00pm. In your last email, you stated that you were having another conversation with VIP to pay the judgment later today so please take this offer to them also.

I will also give you a call right now to discuss this offer. If you are not available when I call, feel free to call me back anytime today or tomorrow, next Monday or next Tuesday.

Thanks,

Jason Barrat | Attorney
**Weiler Law PLLC**
5050 North 40th Street, Suite 260
Phoenix, Arizona 85018
Tel & Fax: (480) 442-3410 | JBarrat@weilerlaw.com | www.weilerlaw.com

This email may contain confidential and privileged Attorney-Client communications and/or attorney work product for the sole use of its intended recipient(s). Any review, use, distribution or disclosure by anyone other than the intended recipient may result in legal action for any damages resulting from such review, use or distribution. If you are not the intended recipient (or authorized to receive this email on behalf of the recipient), please contact me by reply email and immediately delete all copies of this message.