1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

11

12

13

14

15

16

17

**V.I.P. Mortgage, Inc.;** an Arizona Corporation;

Plaintiff/Respondent,

v.

**Jennifer Gates**, an Arizona Resident;

Defendant/Claimant.

**Case No. 2:24-CV-02865-DWL**

**[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEYS' FEES AND COSTS**

18

19     This Court having reviewed Gates's Motion for Attorneys' Fees and Costs, and

20   good cause appearing therefor,

21

22     **IT IS HEREBY ORDERED** granting Gates's Motion for Attorneys' Fees and

23   Costs as follows:

24     A.)     In the amount of $10,539.15 in Attorneys' Fees; and

25     B.)     For post judgment interest on the above amounts at a rate of ___% per

26        annum.

27

28