E
X
H
I
B
I
T

2

EXHIBIT 2

James Weiler; AZ Bar No. 034371
**WEILER LAW, PLLC**
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
Tel & Fax: 480.442.3410
jweiler@weilerlaw.com
Attorney for Claimant

WEILER LAW PLLC
5050 N. 40th St., Suite 260. Phoenix, AZ, 85018
Tel & Fax: 480.442.3410 – info@weilerlaw.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

**V.I.P. Mortgage, Inc.;** an Arizona Corporation;

Plaintiff/Respondent,

v.

**Jennifer Gates**, an Arizona Resident;

Defendant/Claimant.

**Case No. 2:24-CV-02865-DWL**

**DECLARATION OF JASON BARRAT**

**(Assigned to the Hon. Dominic W. Lanza)**

1. I am counsel of record for Claimant Jannifer Gates in the above-entitled action.

2. I submit this Declaration in support of Claimant's Motion for Award of Attorneys' Fees and Costs.

3. I have been a member in good standing of the State Bar of Arizona for over fourteen years since being admitted to the bar in January 2012. During my entire tenure as a litigator, my full practice has been devoted to plaintiff wage and hour employment law. I have litigated over three hundred lawsuits for employees during this time frame. All of my cases are on a contingency basis.

4. I attended The Ohio State University for undergrad from 2002-2007, and

WEILER LAW PLLC
5050 N. 40th St., Suite 260. Phoenix, AZ, 85018
Tel & Fax: 480.442.3410 – info@weilerlaw.com

successfully earned my bachelor's degree in Computer Information Science. Following undergrad, I earned my *Juris Doctor* from Thomas M. Cooley Law School in 2011 and Master of Business Administration from Oakland University in 2012. I passed the Arizona bar in 2011 and was licensed to practice law in January 2012.

5. I began practicing employment law and have represented numerous employment litigation plaintiffs in Superior Court, Federal Court for the District of Arizona, and Arbitration. I am also licensed to practice in the United States District Court for the Northern District of Illinois. I am also licensed to practice in the United States Court of Appeals for the Ninth Circuit since December 2015.

6. I am one of two partners of a law firm located in Phoenix, Arizona, with five attorneys (including myself). My law firm, Weiler Law PLLC, focuses primarily on plaintiffs' employment litigation and wage and hour claims.

7. From the outset, the prosecution of any FLSA case involves significant financial risks for counsel. I undertook this matter solely on a contingent basis, with no guarantee of recovery of fees or even reimbursement of costs, no guarantee as to the potential duration of this litigation, and no guarantee that after a judgment that we will be able to collect.

8. While attorneys who regularly represent corporations are routinely paid on an hourly basis, plaintiffs in wage and hour cases can rarely afford representation on an hourly basis, at least not representation by a firm that is well known for achieving good results. It is for that reason that The Weiler Law PLLC agreed to litigate this case on a wholly contingent basis.

9. Although the Claimant in this case was never obligated to pay an hourly rate,

WEILER LAW PLLC
5050 N. 40th St., Suite 260. Phoenix, AZ, 85018
Tel & Fax: 480.442.3410 – info@weilerlaw.com

my hourly rate is $495 per hour. This hourly rate is commensurate with my experience level, and is well within the standard hourly rates charged by other law firms in the Phoenix Metropolitan Area, particularly given the skill level and time commitment required to successfully litigate a FLSA lawsuit.

10. All attorneys at my firm maintain detailed daily time records on behalf of our clients. Such time is recorded in 1/10th of an hour increments. Each time record is maintained on the firm's computers, the firm's network, and then is backed-up online. All fee records are prepared contemporaneously with the time or expense that is being billed.

11. I have personally rendered all of the services reflected in the Billing Summaries under the initial "JB" (attached hereto as "**Exhibit 3**"). Those Billing Summaries reflect the date that the service was rendered; a description of the work actually performed; and the amount of time expended (in tenths of an hour).

12. As reflected in the summaries in **Exhibit 3**, the legal fees incurred in this motion for myself total 25.8 hours at $495 per hour.

13. Some of the entries included in **Exhibit 3** contain general descriptions of the work performed and were prepared for the purpose of protecting attorney-client communications.

14. The time reflected in the attached Billing Summaries do not represent all time expended on the case. Some of the time spent was never entered onto timesheets or eliminated in a review of the billing summaries, including time spent reviewing matters or research and time spent thinking about the case away from the office. An effective "write down" has therefore occurred such that the total amount of time spent has not been summarized in the attached billing statement. I estimate the reduction of time was

WEILER LAW PLLC
5050 N. 40th St., Suite 260. Phoenix, AZ, 85018
Tel & Fax: 480.442.3410 – info@weilerlaw.com

approximately 10-15% of the total time actually recorded on the final attached billing summary.

15. Since the last Motion for Attorneys' Fees and Costs, my firm has incurred significant costs associated with pursuing collection of the Judgment from Respondent, and the Appeals. A statement of those costs is contained in **Exhibit 4**.

16. During the course of my firm's representation of Claimant, I have exercised billing judgment by striking items from this fee request that are duplicative, if any, or other time for which the firm would not expect to be compensated.

17. I declare under penalty of perjury that the foregoing is true and correct.

RESPECTFULLY SUBMITTED February 27, 2026.

**WEILER LAW PLLC**

By: /s/ Jason Barrat
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
Attorneys for Plaintiff