**EXHIBIT 3**

**EXHIBIT 3**

| DATE | NATURE OF WORKED PERFORMED BY WEILER LAW PLLC | ATTY | TIME |
|---|---|---|---|
| 11/27/2024 | Exchange email with and telephone call w/ J. Toppel RE Consultation pursuant to LRCiv 54.2(d)(1) | JW | 0.4 |
| 12/2/2024 | Review email from Gates RE account numbers for VIP, relay re counter offer | JB | 0.4 |
| 12/2/2024 | Phone call w/ Client RE update on state of case, send/exchange emails with C. Wu RE same | JB | 0.8 |
| 12/2/2024 | Send/exchnage emails with C. Viola RE offer | JB | 0.3 |
| 12/3/2024 | Review email exchanges with Toppel and Attorney Viola re Arizona Superior Case and court filing. | JW | 0.4 |
| 12/4/2024 | Review/exchange emails from Toppel and Wu RE counteroffer (0.3); phone call w/ Gates RE same and review/exchange emails RE same (0.6); review Judgment spreadsheet from Viola and exchange emails with her RE same (0.4) | JB | 1.2 |
| 12/5/2024 | Review email from Toppel to Viola RE hearing | JW | 0.2 |
| 12/5/2024 | Review exchange emails w/ Gates RE calls calls from the owner of VIP to Gates | JB | 0.2 |
| 12/6/2024 | Review emails from Toppel and Viola RE arbitration award and court order (0.2), review/exchange emails w/ Viola RE same (0.3), review/exchange emails with Gates RE call from Jay Barber (0.3) | JB | 0.8 |
| 12/9/2024 | Call w/ Toppel RE payment offers | JW | 0.5 |
| 12/10/2024 | Call w/ Gates RE offers; (0.6) review/exchange emails with Toppel RE offer (0.2), review/exchange emails w/ Gates RE same (0.2) | JB | 1 |
| 12/10/2024 | Review Dkt 15 | JB | 0.5 |
| 12/11/2024 | Review emails from Toppel RE counter offer; send/review emails from Viola RE stay; review invoice from Jaburg Wilk; review email from Viola to Toppel RE vacated judgment | JB | 0.4 |
| 12/12/2024 | Calls w/ Gates RE questions and update | JB | 0.5 |
| 12/13/2024 | Review/exchange emails w/ Gates RE offer | JB | 0.3 |
| 12/13/2024 | Call w/ Toppel RE offer, email to Toppel RE same, review email from RE same, review Dkt 16 | JW | 1 |
| 12/16/2024 | Send/exchnage emails with C. Viola RE appeal | JB | 0.3 |
| 12/16/2024 | Review Dkt 17 | JW | 0.2 |
| 12/17/2024 | Send/review emails from Gates RE appeal | JB | 0.2 |

| Date | Description | Atty | Hours |
|---|---|---|---|
| 12/18/2024 | Review docket entries from Appellate Court | JW | 0.2 |
| 12/20/2024 | Review Dkt 19 | JW | 0.2 |
| 12/20/2024 | Review email from Viola RE Bond | JB | 0.2 |
| 12/27/2024 | Email to Toppel RE payment plan, review Appellate Dkts 3-4, | JW | 0.3 |
| 12/29/2024 | Draft mediation questionnaire | JW | 0.3 |
| 12/30/2024 | Review Appellate Dkt 5, review Dkt 20 order. | JW | 0.4 |
| 12/30 - 12/31/2024 | Send/review emails w/ Viola RE attorneys fees' order | JB | 0.3 |
| 1/3/2025 | Review Appellate Dkt 6 | JW | 0.2 |
| 1/6/2025 | Review email from B. Ruiz RE deadlines for garnishees | JB | 0.2 |
| 1/7/2025 | Review Appellate Dkts 7-8 | JW | 0.3 |
| 1/10 - 1/13/25 | Send/review emails from Viola RE garnishees | JB | 0.6 |
| 1/13/2025 | Review invoice from Jaburg Wilk | JB | 0.2 |
| 1/14/2025 | Review Appellate Dkts 9-10 | JW | 0.2 |
| 1/16/2025 | Review/send emails to Viola RE EIN for VIP, send/review emails to Gates RE same | JB | 0.4 |
| 1/17/2025 | Review Dkt 21 | JW | 0.2 |
| 1/17/2025 | Send/review emails with Gates RE motion to stay | JB | 0.3 |
| 1/23/2025 | Send/review emails w/ Viola RE motion to stay | JB | 0.5 |
| 1/24/2025 | Begin drafting response to motion to stay | JW | 1.5 |
| 1/24/2025 | Review emails from Viola and Toppel RE writ of garnishment; send/review emails to Viola RE same | JB | 0.4 |
| 1/29/2025 | Finalize response to motion to stay | JW | 1 |
| 2/3/2025 | Review Dkt 23 | JW | 0.2 |
| 2/5/2025 | Review Dkt 24 | JW | 0.3 |
| 2/7/2025 | Review invoice from Jaburg Wilk | JB | 0.2 |
| 2/7/2025 | Review Dkt 25 | JW | 0.2 |
| 2/10/2025 | Review email from Viola RE bond | JB | 0.2 |
| 2/11/2025 | Review Dkt 26.  Draft email to Toppel regarding Exhibit A to Dkt 26. | JW | 0.3 |
| 2/12/2025 | Review questions from Gates RE Bond | JB | 0.3 |
| 2/26/2025 | Review Appellate Dkts 11-12 - Opening brief and excerpts | JW | 2 |
| 2/26/2025 | Beging Drafting answering brief to appeal | JW | 3 |
| 2/27/2025 | Review Appellate Dkt 13 | JW | 0.5 |
| 3/3/2025 | Review Apellate Dkts 14  and correct versions of 11-12 | JW | 1 |
| 3/12/2025 | Review invoice from Jaburg Wilk | JB | 0.2 |
| 3/13/2025 | Review Appellate Dkts 15-16 | JW | 0.3 |
| 3/18/2025 | Continue to draft Answering Brief | JW | 3.6 |
| 3/19/2025 | Continue to draft Answering Brief | JW | 5.5 |
| 3/24/2025 | Continue to draft Answering Brief | JW | 4 |
| 3/25/2025 | File streamlined extension, review Appellate Dkt 18 | JW | 0.2 |
| 4/22/2025 | Draft Answering Brief. | JW | 7.2 |
| 4/23/2025 | Send/review emails from A. Patti-Jelsvik RE filing appeal | JB | 0.3 |
| 4/24/2025 | Draft Answering Brief. | JW | 8.3 |

| Date | Description | Atty | Hours |
|---|---|---|---|
| 4/25/2025 | Draft Answering Brief. | JW | 6.6 |
| 4/26/2025 | Draft Answering Brief. | JW | 4.5 |
| 4/26/2026 | Draft Answering Brief | JB | 5.2 |
| 4/27/2025 | Draft Answering Brief. | JW | 6 |
| 4/28/2025 | Prepare final draft of Answering Brief before sending to A. Patti-Jelsvik for formatting. Review Answering Brief after it has been formatted by A. Patti-Jelsvik, make final revisions and clean up nits/typos, prepare final for filing and approve filing of Answering Brief. | JW | 4.5 |
| 4/28/2025 | Send/review emails to A. Patti-Jelsvik RE appeal | JW | 0.8 |
| 4/29/2025 | Cpmmunicate with Client regarding Asnwering Brief filed as Appellate Dkt 20 | JW | 0.4 |
| 5/1/2025 | Review Apellate Dkt 21 | JW | 0.2 |
| 5/8/2025 | Review invoice from Counsel Press | JB | 0.2 |
| 5/12/2025 | Review Appellate Dkts 22-23 | JW | 0.2 |
| 5/13/2025 | Draft Form 32; review Dkts 25-26 | JW | 0.4 |
| 5/14/2025 | Communicate with client | JW | 0.3 |
| 6/5/2025 | Review Dkts 27-28 | JW | 0.2 |
| 6/9/2025 | Draft from 32 | JW | 0.2 |
| 6/13/2025 | Review Dkt 7. Communicate with Client regarding upcoming hearings and filings. | JW | 0.4 |
| 6/18/2025 | Review Dkt 30 Appellant's Reply Brief. Communicate with Client regarding the same. | JW | 0.8 |
| 6/20/2025 | Review Dkt 31 | JW | 0.2 |
| 6/27/2025 | Dkt 32; draft certificate | JW | 0.2 |
| 7/1/2025 | Communicate with Client. | JW | 0.4 |
| 8/6/2025 | Communicate with Client. | JW | 0.4 |
| 8/10/2025 | Review Dkt 33 - Notice of Oral Argument. | JW | 0.2 |
| 8/18/2025 | Review Dkt 34 - Acknowledgment of Oral Argument Hearing Notice | JW | 0.2 |
| 9/26/2025 | File acknowledgement of Oral Argument hearing | JW | 0.2 |
| 10/6/2025 | Receipt and review of email from Appellate Court re Oral Argument. | JW | 0.2 |
| 10/16/2025 | Communicate with Client regarding Oral Arguments | JW | 0.3 |
| 10/16/2025 | Prepare for Oral Arguments | JW | 3.5 |
| 10/17/2025 | Prepare for Oral Arguments | JW | 4 |
| 10/20/2025 | Prepare for oral argument | JW | 6 |
| 10/20/2025 | Listen and critique Weiler Oral Argument | JB | 3 |
| 10/21/2025 | Final Preparation for Oral Arguments and Appear at oral argument | JW | 3 |
| 11/20/2025 | Begin drafting motion for attorneys' fees | JW | 2 |
| 10/23/2025 | Communicate with Client regarding oral arguments. | JW | 0.3 |
| 12/22/2025 | Receipt and review of Order from Appellate Court. | JW | 0.4 |
| 12/22/2025 | Communicate with Client regarding Appellate Court's Order | JW | 0.2 |

| Date | Description | Atty | Hours |
|---|---|---|---|
| 1/5/2026 | Draft Motion to Transfer Petition for the District Court to hear Attorneys' fees | JB | 0.4 |
| 1/7/2026 | Review/respond to Gates' questions RE bond; conduct legal research RE fee app | JB | 1 |
| 1/8/2026 | Exchange emails with C. Viola RE bond | JB | 0.4 |
| 1/13/2026 | Review dkt 41 | JW | 0.5 |
| 1/13/2026 | Review/exchnage emails with C. Viola RE petition for release of bond | JB | 0.3 |
| 1/16/2026 | Leave voicemail for J. Toppel and draft email to J. Toppel regarding offer to compromise pursuant to 54.2(d)(1). | | |
| 1/20-1/22/26 | Send/review emails from C. Viola RE update | JB | 0.3 |
| 1/26/2026 | Send/review emails and spreadsheet from C. Viola RE interest | JB | 0.3 |
| 1/26 - 1/28/26 | Send/review emails from J. Toppel RE attorneys' fee demand | JW | 0.3 |
| 1/28/2026 | Send/review emails to C. Viola RE release of bond; Review dkt. 30 | JB | 0.3 |
| 2/2/2026 | Draft email to J. Toppel re setting up a call to disucss fee app | JW | 0.1 |
| 2/4/2026 | Review invoice from Jaburg Wilk | JB | 0.1 |
| 2/4/2026 | Review dkt. 32 | JW | 0.5 |
| 2/5/2026 | Exchange emails with J. Toppel regarding offer to resolve fee app. Draft joint motion to extend deadlines | JW | 0.4 |
| 2/5/2026 | Review/exchnage emails with C. Viola RE dkt. 32 | JB | 0.3 |
| 2/9/2026 | Finalize joint motion to extend deadlines | JW | 0.2 |
| 2/9-2/10/26 | Send/exchange emails with C. Viola RE reply to dkt. 32 | JB | 0.3 |
| 2/11/2026 | Review/exchange emails with C. Viola RE draft of reply | JB | 0.5 |
| 2/16/2026 | Send follow up email to J. Toppel RE attorneys' fees; exchange emails with C. Viola RE up to date bill | JB | 0.6 |
| 2/16 - 2/17 | Send/exchange emails with J. Toppel RE attorneys' fees | JB | 0.3 |
| 2/16 -2/18/26 | Send/exchange emails with Merchants Bonding Company RE bond; review/respond to E. Howell RE wiring instructions | JB | 0.5 |
| 2/18/2026 | Send follow up email to J. Toppel RE attorneys' fees | JB | 0.2 |
| 2/19/2026 | Review email from J. Toppell RE attorneys' Fees; review email from Merchants RE wire; review updated invoice from Jaburg Wilk | JB | 0.4 |
| 2/20/2026 | Draft email to J. Toppel re deadline to discuss fee app | JW | 0.2 |
| 2/20/2026 | Draft settlement proceeds distribution for Gates; exchnage emails with Gates RE check | JB | 0.3 |
| 2/25/2026-2/26/26 | Draft motion for attorneys' fees and exhibits | JW | 4.9 |
| | | JW total | 98.4 |
| | | JB total | 26.1 |

| | |
|---|---|
| total | 124.5 |
| rate | $495 |
| total fees | $61,628 |