EXHIBIT 4

**EXHIBIT 4**



**Weiler Law, PLLC**
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
www.weilerlaw.com

**James Weiler**
480.442.3410 main & fax
Jweiler@weilerlaw.com

## RE: V.I.P. v Gates  2:24-CV-02865-DWL

### STATEMENT OF NON-TAXABLE COSTS

|  | **ADVANCED EXPENSES FOR COSTS** |  |  |  |
|---|---|---|---|---|
|  |  | **EX** | **PGS** | **Amount** |
| 12/11/24 | **Jaburg Wilk Collections** | **Attach 1** | **2-3** | **$230.00** |
| 1/14/25 | **Jaburg Wilk Collections** | **Attach 1** | **4-6** | **$1,648.74** |
| 2/10/25 | **Jaburg Wilk Collections** | **Attach 1** | **7-8** | **$934.50** |
| 3/14/25 | **Jaburg Wilk Collections** | **Attach 1** | **9-10** | **$70.60** |
| 5/8/25 | **Counsel Press - Appeal** | **Attach 1** | **11** | **$2,052.79** |
| 2/5/26 | **Jaburg Wilk Collections** | **Attach 1** | **12-13** | **$810.00** |
| 2/11/26 | **Jaburg Wilk Collections** | **Attach 1** | **14** | **$720.00** |
|  |  |  |  |  |
|  |  |  |  |  |
|  | **SUBTOTAL** |  |  | **$6,466.63** |