EXHIBIT 5

**EXHIBIT 5**

James Weiler; AZ Bar No. 034371
**WEILER LAW, PLLC**
5050 N. 40th Street, Suite 260
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
jweiler@weilerlaw.com

Attorneys for Jennifer Gates

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **V.I.P. Mortgage, Inc.;** an Arizona Corporation;<br><br>Plaintiff/Respondent,<br><br>v.<br><br>**Jennifer Gates**, an Arizona Resident;<br><br>Defendant/Claimant. | Case No. 2:24-CV-02865-DWL<br><br>**STATEMENT OF CONSULTATION**<br><br>**(Assigned to the Hon. Hon. Dominic W. Lanza)** |

Pursuant to LRCiv 54.2(d)(1), counsel for Plaintiff, James Weiler and Jason Barrat, have tried to consult with Defendant's counsel, Jeff Toppel, on a good faith basis regarding Plaintiff's request for attorney' fees.

On January 13, 2026, Mr. Weiler sent Mr. Toppel an email stating,

"Jeff,

Pursuant to LR 54.2(d)(1), would you be available this week for a telephone call to engage in personal consultation to make good faith efforts to resolve any disputed issues regarding attorney's fees and costs related to the appeal to the ninth circuit? Would Thursday afternoon work for you? How about 1pm?

At this time, Gates is agreeable to set forth a demand for attorney's fees and costs related to the appeal in the amount of $50,000. This is more than a 10% deduction off of the amount of attorney's fees and costs that Gates intends to submit in her attorney's fee application. This offer will remain open until 1/20/2026 at 5:00pm."

On January 26, 2026, Mr. Weiler left a voicemail for Mr. Toppel regarding the attorneys' fees demand. Mr. Weiler sent a follow-up email to Mr. Toppel after the call.

On February 17, 2026, Mr. Barrat sent an email to Mr. Toppel asking about the offer to settle these fees.

On February 18, 2026, Mr. Barrat sent a follow-up email to Mr. Toppel.

On February 19, 2026, Mr. Toppel responded with an answer to another question but nothing regarding the settlement of fees for this motion.

On February 19, 2026, Mr. Barrat sent a follow-up email to Mr. Toppel.

On February 20, 2026, Mr. Toppel responded that he was "hoping to make some process on my end and have you an answer at the start of next week on the attorneys' fees."

On February 20, 2026, Mr. Weiler gave Mr. Toppel until February 24 at 5:00pm or we will be filing the motion.

Mr. Toppel never responded.

RESPECTFULLY SUBMITTED February 27, 2026.

**WEILER LAW PLLC**

By: */s/ James Weiler*
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2026, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System. All counsel of record are registrants and are therefore served via this filing and transmittal.

*/s/ Ashley Peschke*