# ATTACHMENT 1



1850 N. Central Avenue  
Suite 1200  
Phoenix, AZ 85004  
Tel 602-248-1000  
Fax 602-248-0522  
Tax ID: 86-0487815  
www.jaburgwilk.com

Weiler Law, PLLC  
Attn: Jason Barrat  
5050 N. 40th St, Suite 260  
Phoenix, AZ 85018

December 11, 2024  
**Invoice 462788**

CLIENT:    22918 - Weiler Law PLLC

| **Matter** | **Fees** | **Expenses** | **Total** |
|---|---|---|---|
| 00022 - Jennifer Gates  Case #01-22-0004-1342 | 230.00 | 0.00 | 230.00 |
| **Total Current Charges** | | | **$230.00** |
| Previous Balance | | | 2,141.45 |
| Payments & Adjustments | | | -2,141.45 |
| **Total Due** | | | **$230.00** |

Due and Payable upon receipt - Please make checks payable to Jaburg & Wilk, P.C.  
Amounts unpaid after 30 days from invoice date are subject to a 1.5% monthly service charge

Thank you for choosing



JABURG|WILK
Attorneys at Law

I.D.  22918 - 00022 - CRV                                                        December 11, 2024
**Invoice 462788**                                                                            **Page 1**

Re:        00022  Jennifer Gates  Case #01-22-0004-1342

**Fees**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/07/24 | JDY | Update to Jason Barrat regarding status of matter (No Charge) | 0.10 | 0.00 |
| 11/14/24 | JDY | Receive and review Order and Judgment of Dismissal (No Charge) | 0.50 | 0.00 |
| 11/18/24 | CRV | Review judgment of dismissal from client (.1) Respond to email with game plan regarding the same (.1) | 0.20 | 60.00 |
| 11/18/24 | JDY | Communication with client regarding next steps based on District Court rulings | 0.20 | 50.00 |
| 11/21/24 | JDY | Update from client regarding communications from counsel for debtor (No Charge) | 0.10 | 0.00 |
| 11/22/24 | CRV | Read and respond to attorney Jason Barrat email regarding status of matter. | 0.20 | 60.00 |
| 11/25/24 | CRV | Email to attorney Jason Barrat re total fees and costs regarding arbitration award. | 0.20 | 60.00 |
| 11/26/24 | JDY | Review matter to determine status and next steps (No Charge) | 0.10 | 0.00 |

**Fee Recap**

| Atty | | Rate | Hours | Amount |
|---|---|---|---|---|
| CRV | Viola, Cori R. - B - Attorney | 300.00 | 0.60 | 180.00 |
| JDY | Yetter, Justin - Associate | 0.00 | 0.80 | 0.00 |
| JDY | Yetter, Justin - Associate | 250.00 | 0.20 | 50.00 |
| **Totals** | | | **1.60** | **$230.00** |

|  |  |
|---|---|
| **Total Current Charges** | **$230.00** |
| Previous Balance | 2,141.45 |
| Payments & Adjustments | -2,141.45 |
| **Total Due** | **$230.00** |

Due and Payable upon receipt - Please make checks payable to Jaburg & Wilk, P.C.
Amounts unpaid after 30 days from invoice date are subject to a 1.5% monthly service charge



1850 N. Central Avenue  
Suite 1200  
Phoenix, AZ  85004  
Tel 602-248-1000  
Fax 602-248-0522  
Tax ID: 86-0487815  
www.jaburgwilk.com

Weiler Law, PLLC  
Attn: Jason Barrat  
5050 N. 40th St, Suite 260  
Phoenix, AZ 85018

January 13, 2025  
**Invoice 463587**

CLIENT:     22918 - Weiler Law PLLC

| **Matter** | **Fees** | **Expenses** | **Total** |
|---|---|---|---|
| 00022 - Jennifer Gates  Case #01-22-0004-1342 | 1,165.00 | 483.74 | 1,648.74 |
| | **Total Current Charges** | | **$1,648.74** |
| | Previous Balance | | 230.00 |
| | Payments & Adjustments | | -230.00 |
| | **Total Due** | | **$1,648.74** |

Due and Payable upon receipt - Please make checks payable to Jaburg & Wilk, P.C.  
Amounts unpaid after 30 days from invoice date are subject to a 1.5% monthly service charge

Thank you for choosing



JABURG|WILK
Attorneys at Law

I.D.  22918 - 00022 - CRV                                                                                           January 13, 2025
**Invoice 463587**                                                                                                          **Page 1**

Re:        00022  Jennifer Gates  Case #01-22-0004-1342

**Fees**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/02/24 | CRV | Revise notice of withdrawal of motion to stay and confirm the same for filing. | 0.20 | 60.00 |
| 12/02/24 | CRV | Research paths forward given procedural posture of case and confer with attorney Jason Barrat re the same. | 0.50 | 150.00 |
| 12/03/24 | CRV | Read and respond to Jeffrey Toppel's email. | 0.20 | 60.00 |
| 12/05/24 | CRV | Prepare voluntary dismissal of non-TJ matter. | 0.20 | 60.00 |
| 12/05/24 | JDY | Confirm notice of voluntary dismissal filing; receive and review communication from the court vacating oral argument | 0.20 | 50.00 |
| 12/06/24 | CRV | Exchange emails with all counsel regarding arbitration award. | 0.30 | 90.00 |
| 12/11/24 | CRV | Respond to attorney Jason Barrat email (.1) Prepare additional garnishments to BOA and JP Morgan (.5) Prepare subpoena duces tecum to Fidelity Title (.3) | 0.80 | 240.00 |
| 12/19/24 | CRV | Confer with attorney Ilya Propokets regarding ongoing family court matter and potential overlapping issues with judgment collection. | 0.40 | 120.00 |
| 12/19/24 | IXP | Discussion/Consultation with Cori Viola regarding collection issues from a community property perspective regarding VIP Mortgage business. | 0.40 | 140.00 |
| 12/20/24 | CRV | Respond to J Barrat email re family law matter. | 0.10 | 30.00 |
| 12/20/24 | JDY | Receive and review Affidavits of Service | 0.20 | 50.00 |
| 12/31/24 | CRV | Phone call and follow up emails with Fidelity Title regarding subpoena. | 0.30 | 90.00 |
| 12/31/24 | JDY | Analyze matter status to determine next steps and draft memo regarding next steps | 0.10 | 25.00 |

**Fee Recap**

| Atty | | Rate | Hours | Amount |
|---|---|---|---|---|
| IXP | Prokopets, Ilya - B - Attorney | 350.00 | 0.40 | 140.00 |
| CRV | Viola, Cori R. - B - Attorney | 300.00 | 3.00 | 900.00 |
| JDY | Yetter, Justin - Associate | 250.00 | 0.50 | 125.00 |
| **Totals** | | | **3.90** | **$1,165.00** |

**Disbursements**

Due and Payable upon receipt - Please make checks payable to Jaburg & Wilk, P.C.
Amounts unpaid after 30 days from invoice date are subject to a 1.5% monthly service charge

Thank you for choosing



**JABURG | WILK**
Attorneys at Law

I.D.  22918 - 00022 - CRV                                                      January 13, 2025
**Invoice 463587**                                                                    **Page 2**

| Date | Expenses | Amount |
|---|---|---:|
| 12/03/24 | Electronic Court Filing Fee MCSC / Notice of Withdrawal of PLs Motion to Stay / bxr / 10730399 | 6.70 |
| 12/05/24 | Electronic Court Filing Fee MCSC / Notice of Voluntary Dismissal / bxr / 10742314 | 6.70 |
| 12/08/24 | Certified Copy Obtained & filed certified copies SCA; Inv 26106511 | 111.00 |
| 12/08/24 | Certified Copy Obtained certified copies SCA; Inv 26106512 | 127.34 |
| 12/16/24 | Subpoena Fee Subpoena to Fidelity National Title Agency, Inc. - Clerk, Maricopa County Superior Court | 30.00 |
| 12/18/24 | Search Fee $25 Check to Bank of America to conduct National search - Bank of America | 25.00 |
| 12/18/24 | Search Fee $25 to JP Morgan Chase Bank to conduct national search - JP Morgan Chase Bank | 25.00 |
| 12/23/24 | Subpoena Fee Subpoena Duces Tecum; Inv 26107008 | 56.00 |
| 12/23/24 | Delivery services/Messengers Picked up Application for Writ of Garnishment; Inv 26107016 | 56.00 |
| 12/23/24 | Delivery services/Messengers Picked Up Application for Writ of Garnishment; Inv 26107017 | 40.00 |

**Total Disbursements**                                                           **$483.74**

                                **Total Current Charges**               **$1,648.74**

                                                Previous Balance              230.00

                                       Payments & Adjustments             -230.00

                                                  **Total Due**              **$1,648.74**



1850 N. Central Avenue
Suite 1200
Phoenix, AZ  85004
Tel 602-248-1000
Fax 602-248-0522
Tax ID: 86-0487815
www.jaburgwilk.com

Weiler Law, PLLC
Attn: Jason Barrat
5050 N. 40th St, Suite 260
Phoenix, AZ 85018

February 7, 2025
**Invoice 463970**

CLIENT:     22918 - Weiler Law PLLC

| **Matter** | Fees | Expenses | Total |
|---|---|---|---|
| 00022 - Gates, Jennifer  Case #01-22-0004-1342 | 630.00 | 304.50 | 934.50 |
| **Total Current Charges** | | | **$934.50** |
| Previous Balance | | | 1,648.74 |
| Payments & Adjustments | | | -1,648.74 |
| **Total Due** | | | **$934.50** |

Due and Payable upon receipt - Please make checks payable to Jaburg & Wilk, P.C.
Amounts unpaid after 30 days from invoice date are subject to a 1.5% monthly service charge

Thank you for choosing



JABURG | WILK
Attorneys at Law

I.D.  22918 - 00022 - CRV                                                                                                          February 7, 2025
**Invoice 463970**                                                                                                                         **Page 1**

Re:        00022  Gates, Jennifer  Case #01-22-0004-1342

**Fees**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/13/25 | CRV | Review Answers of JP Morgan and Vervaet and email with J Barrat regarding the same. | 0.30 | 90.00 |
| 01/13/25 | CRV | Draft objection to Vervaet Answer. | 0.40 | 120.00 |
| 01/13/25 | CRV | Draft correspondence to Garnishees regarding objection to Answer. | 0.20 | 60.00 |
| 01/16/25 | CRV | Review records for EIN number (.3) Phone call with BOA. (.1) | 0.40 | 120.00 |
| 01/23/25 | CRV | Review motion for supersedeas bond from attorney J Barrat and respond to the same. | 0.30 | 90.00 |
| 01/24/25 | CRV | Read and respond to attorney Jeff Toppel's email regarding Vervaet answer. | 0.50 | 150.00 |

**Fee Recap**

| Atty | | Rate | Hours | Amount |
|---|---|---|---|---|
| CRV | Viola, Cori R. - B - Attorney | 300.00 | 2.10 | 630.00 |
| **Totals** | | | **2.10** | **$630.00** |

**Disbursements**

| Date | Expenses | Amount |
|---|---|---|
| 12/31/24 | Delivery services/Messengers Picked Up Application for Writ of Garnishment; Inv 26107330 | 99.20 |
| 01/08/25 | Subpoena Fee Subpoena Response Fee - Fidelity National Financial Inc | 205.30 |
| **Total Disbursements** | | **$304.50** |

|  |  |
|---|---|
| **Total Current Charges** | **$934.50** |
| Previous Balance | 1,648.74 |
| Payments & Adjustments | -1,648.74 |
| **Total Due** | **$934.50** |

Due and Payable upon receipt - Please make checks payable to Jaburg & Wilk, P.C.
Amounts unpaid after 30 days from invoice date are subject to a 1.5% monthly service charge



1850 N. Central Avenue
Suite 1200
Phoenix, AZ  85004
Tel 602-248-1000
Fax 602-248-0522
Tax ID: 86-0487815
www.jaburgwilk.com

Weiler Law, PLLC
Attn: Jason Barrat
5050 N. 40th St, Suite 260
Phoenix, AZ 85018

March 12, 2025
**Invoice 465223**

CLIENT:     22918 - Weiler Law PLLC

| **Matter** | **Fees** | **Expenses** | **Total** |
|---|---|---|---|
| 00022 - Gates, Jennifer  Case #01-22-0004-1342 | 180.00 | 0.00 | 180.00 |
|  |  |  | **$180.00** |
|  | Trust Applied |  | -109.40 |
|  | **Total Current Charges** |  | **$70.60** |
|  | Previous Balance |  | 934.50 |
|  | Payments & Adjustments |  | -934.50 |
|  | **Total Due** |  | **$70.60** |

Trust Balance: $0.00

Due and Payable upon receipt - Please make checks payable to Jaburg & Wilk, P.C.
Amounts unpaid after 30 days from invoice date are subject to a 1.5% monthly service charge

Thank you for choosing



JABURG|WILK
Attorneys at Law

I.D.  22918 - 00022 - CRV                                                                              March 12, 2025
**Invoice 465223**                                                                                              **Page 1**

Re:         00022  Gates, Jennifer  Case #01-22-0004-1342

**Fees**

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 02/10/25 | CRV | Draft notice advising state court of supersedeas bond. | 0.40 | 120.00 |
| 02/10/25 | CRV | Review Pacer for order on bond and email to attorney J Barrat regarding the same. | 0.20 | 60.00 |

**Fee Recap**

| Atty | | Rate | Hours | Amount |
|------|--|------|-------|--------|
| CRV | Viola, Cori R. - B - Attorney | 300.00 | 0.60 | 180.00 |
| **Totals** | | | **0.60** | **$180.00** |

| | |
|---|---|
| **Sub Total** | **$180.00** |
| Trust Applied | -109.40 |
| **Total Current Charges** | **$70.60** |
| Previous Balance | 934.50 |
| Payments & Adjustments | -934.50 |
| **Total Due** | **$70.60** |

Trust Balance: $0.00

Due and Payable upon receipt - Please make checks payable to Jaburg & Wilk, P.C.
Amounts unpaid after 30 days from invoice date are subject to a 1.5% monthly service charge

 **Outlook**

## Thank you for your payment

**From** apatti-jelsvik@counselpress.com <apatti-jelsvik@counselpress.com>
**Date** Thu 5/8/2025 7:13 AM
**To** Jason Barrat <jbarrat@weilerlaw.com>

**Transaction Receipt**

**Firm Name:** Weiler Law, PLLC

| Amount Paid | Convenience fee | Invoice No | CP File No | Caption |
|---|---|---|---|---|
| $1,993.00 | $59.79 | 0009179748-IN | 714601 | VIP Mortgage Incorporated v. Gates |

**Alaine Patti-Jelsvik**
Senior Appellate Counsel

Email: apatti-jelsvik@counselpress.com
Office: (213) 680-2300 | Direct: (213) 680-1072

Los Angeles, CA
Toll-Free: (800) 427-7325 | counselpress.com | LinkedIn





1850 N. Central Avenue
Suite 1200
Phoenix, AZ  85004
Tel 602-248-1000
Fax 602-248-0522
Tax ID: 86-0487815
www.jaburgwilk.com

Weiler Law, PLLC
Attn: Jason Barrat
5050 N. 40th St, Suite 260
Phoenix, AZ 85018

February 4, 2026
**Invoice 473404**

CLIENT:    22918 - Weiler Law PLLC

| **Matter** | **Fees** | **Expenses** | **Total** |
|---|---|---|---|
| 00022 - Gates, Jennifer  Case #01-22-0004-1342 | 810.00 | 0.00 | 810.00 |
| **Total Current Charges** | | | **$810.00** |
| Previous Balance | | | 70.60 |
| Payments & Adjustments | | | -70.60 |
| **Total Due** | | | **$810.00** |

Due and Payable upon receipt - Please make checks payable to Jaburg & Wilk, P.C.
Amounts unpaid after 30 days from invoice date are subject to a 1.5% monthly service charge

Thank you for choosing



JABURG | WILK
Attorneys at Law

I.D.  22918 - 00022 - CRV                                                                  February 4, 2026
**Invoice 473404**                                                                                **Page 1**

Re:          00022  Gates, Jennifer  Case #01-22-0004-1342

**Fees**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/08/26 | CRV | Review and draft/send response to attorney J Barrat email regarding appeal and bond. | 0.30 | 90.00 |
| 01/13/26 | CRV | Draft petition for order of release of Supersedeas bond and accompanying order (.8) Email draft of the same to J Barrat (.1) | 0.90 | 270.00 |
| 01/14/26 | CRV | Review emails from J Barrat regarding bond amount. | 0.20 | 60.00 |
| 01/22/26 | CRV | Revisions and additions to petition for partial release of bond. | 0.80 | 240.00 |
| 01/26/26 | CRV | Respond to J Barrat email (.1) Finalize petition for bond for filing (.1) | 0.20 | 60.00 |
| 01/26/26 | CRV | Finalize petition and ensure math consistent across pleading and order. | 0.30 | 90.00 |

**Fee Recap**

| Atty | | Rate | Hours | Amount |
|---|---|---|---|---|
| CRV | Viola, Cori R. - B - Attorney | 300.00 | 2.70 | 810.00 |
| **Totals** | | | **2.70** | **$810.00** |

|  |  |
|---|---|
| **Total Current Charges** | **$810.00** |
| Previous Balance | 70.60 |
| Payments & Adjustments | -70.60 |
| **Total Due** | **$810.00** |

Due and Payable upon receipt - Please make checks payable to Jaburg & Wilk, P.C.
Amounts unpaid after 30 days from invoice date are subject to a 1.5% monthly service charge

# Jaburg & Wilk P.C.

Weiler Law PLLC                                            2/17/2026      22918     00022   CRV      Page 3

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 12/02/24 | Research paths forward given procedural posture of case and confer with attorney Jason Barrat re the same. | CRV | 0.50 | 150.00 |
| 12/03/24 | Read and respond to Jeffrey Toppel's email. | CRV | 0.20 | 60.00 |
| 12/05/24 | Prepare voluntary dismissal of non-TJ matter. | CRV | 0.20 | 60.00 |
| 12/05/24 | Confirm notice of voluntary dismissal filing; receive and review communication from the court vacating oral argument | JDY | 0.20 | 50.00 |
| 12/06/24 | Exchange emails with all counsel regarding arbitration award. | CRV | 0.30 | 90.00 |
| 12/11/24 | Respond to attorney Jason Barrat email (.1) Prepare additional garnishments to BOA and JP Morgan (.5) Prepare subpoena duces tecum to Fidelity Title (.3) | CRV | 0.80 | 240.00 |
| 12/19/24 | Confer with attorney Ilya Propokets regarding ongoing family court matter and potential overlapping issues with judgment collection. | CRV | 0.40 | 120.00 |
| 12/19/24 | Discussion/Consultation with Cori Viola regarding collection issues from a community property perspective regarding VIP Mortgage business. | IXP | 0.40 | 140.00 |
| 12/20/24 | Respond to J Barrat email re family law matter. | CRV | 0.10 | 30.00 |
| 12/20/24 | Receive and review Affidavits of Service | JDY | 0.20 | 50.00 |
| 12/31/24 | Phone call and follow up emails with Fidelity Title regarding subpoena. | CRV | 0.30 | 90.00 |
| 12/31/24 | Analyze matter status to determine next steps and draft memo regarding next steps | JDY | 0.10 | 25.00 |
| 01/13/25 | Review Answers of JP Morgan and Vervaet and email with J Barrat regarding the same. | CRV | 0.30 | 90.00 |
| 01/13/25 | Draft objection to Vervaet Answer. | CRV | 0.40 | 120.00 |
| 01/13/25 | Draft correspondence to Garnishees regarding objection to Answer. | CRV | 0.20 | 60.00 |
| 01/16/25 | Review records for EIN number (.3) Phone call with BOA. (.1) | CRV | 0.40 | 120.00 |
| 01/23/25 | Review motion for supersedeas bond from attorney J Barrat and respond to the same. | CRV | 0.30 | 90.00 |
| 01/24/25 | Read and respond to attorney Jeff Toppel's email regarding Vervaet answer. | CRV | 0.50 | 150.00 |
| 02/10/25 | Draft notice advising state court of supersedeas bond. | CRV | 0.40 | 120.00 |
| 02/10/25 | Review Pacer for order on bond and email to attorney J Barrat regarding the same. | CRV | 0.20 | 60.00 |
| 01/08/26 | Review and draft/send response to attorney J Barrat email regarding appeal and bond. | CRV | 0.30 | 90.00 |
| 01/13/26 | Draft petition for order of release of Supersedeas bond and accompanying order (.8) Email draft of the same to J Barrat (.1) | CRV | 0.90 | 270.00 |
| 01/14/26 | Review emails from J Barrat regarding bond amount. | CRV | 0.20 | 60.00 |
| 01/22/26 | Revisions and additions to petition for partial release of bond. | CRV | 0.80 | 240.00 |
| 01/26/26 | Respond to J Barrat email (.1) Finalize petition for bond for filing (.1) | CRV | 0.20 | 60.00 |
| 01/26/26 | Finalize petition and ensure math consistent across pleading and order. | CRV | 0.30 | 90.00 |
| 02/11/26 | Draft reply in support of petition for release of supersedeas bond. | CRV | 2.40 | 720.00 |

| TIMEKEEPER | | TIME | RATE | VALUE |
|---|---|---|---|---|
| CRV | Viola, Cori R. | 18.70 | 300.00 | 5,610.00 |