UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **V.I.P. Mortgage, Inc.;** an Arizona Corporation; <br><br> Plaintiff/Respondent, <br><br> v. <br><br> **Jennifer Gates**, an Arizona Resident; <br><br> Defendant/Claimant. | Case No. 2:24-CV-02865-DWL <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEYS' FEES AND COSTS** |

This Court having reviewed Gates' Motion for Attorneys' Fees and Costs, and good cause appearing therefor,

**IT IS HEREBY ORDERED** granting Gates' Motion for Attorneys' Fees and Costs as follows:

    A.)    In the amount of $61,628 in Attorneys' Fees;

    B.)    In the amount of $6,466.63 in Costs; and

    C.)    For post judgment interest on the above amounts at a rate of ___% per annum.